147 So. 491

## BELLACI v. DARDER.

### No. 31750.

March 27, 1933.

Loys Charbonnet and Joseph M'Caleb, both of New Orleans, for appellant.

Deynoodt & De la Vergne, of New Orleans, for appellee Angelina Darder Bellaci.

ROGERS, Justice.

Plaintiff sued his wife for a divorce on statutory grounds. The court below rejected his demand, and he appealed from the judgment. Appellant has moved to dismiss his appeal on the ground that he did not desire to further prosecute it. As the appellee has not consented to such dismissal, the motion cannot be granted. Code Prac. art. 901. On

the merits, the judgment appears to us to be correct.

For the reasons assigned, the judgment appealed from is affirmed.